■ GENERAL FIREPROOF DOOR CORP., Respondent, v TIREM CONSTRUC-TION CORP. et al., Appellants.—In an action on a promissory note in which plaintiff moved for summary judgment in lieu of the service of a complaint, defendants appeal (1) as limited by their brief, from so much of an order of the Supreme Court, Westchester County, dated April 15, 1975, as, upon reargument, (a) granted plaintiff's motion for summary judgment and (b) denied defendants' cross motion to dismiss the complaint, and (2) the judgment entered thereon on April 28, 1975. Judgment and order affirmed insofar as appealed from, with $50 costs and disbursements. Special Term properly granted summary judgment. Hopkins, Acting P. J., Latham, Christ, Titone and Hawkins, JJ., concur.

■ GRANITE LAKE REALTY CORPORATION et al., Respondents, v JOHN E. CULLUM, Appellant.—In an action to recover damages for breach of contract, defendant appeals from a judgment of the Supreme Court, Queens County, entered September 3, 1974, in favor of plaintiff in the amount of $21,000, plus interest and costs and disbursements, after a nonjury trial. Judgment reversed, on the law and the facts, and new trial granted limited solely to the issue of damages, with costs to abide the event. The record establishes that defendant was in breach of contract, but it fails to adequately disclose the manner in which the amount of the damage award was fixed. A new trial limited solely to the issue of damages is therefore required. Cohalan, Acting P. J., Margett, Damiani, Shapiro and Hawkins, JJ., concur.

■ FRANK GROBMAN et al., Appellants, v SAMUEL J. LEFRAK et al., Respondents. FRANK GROBMAN et al., Appellants, v SAMUEL J. LEFRAK et al., Respondents.—In (1) a proceeding pursuant to CPLR article 75 to stay arbitration and (2) an action to recover damages for breach of contract, in which the defendants therein moved to dismiss the complaint or, in the alternative, to stay further proceedings in the action pending arbitration, the appeal is from (1) a decision of the Supreme Court, Nassau County, dated August 1, 1975, and (2) as limited by appellants' brief, from so much of an order of the same court, dated September 15, 1975, as, upon reargu-ment adhered to the prior determination and denied the application for a stay of arbitration. Appeal from the decision dismissed. No appeal lies from a decision. Order affirmed insofar as appealed from. Respondents are awarded one bill of $50 costs and disbursements to cover both appeals. The arbitration clause contained in the original agreement, which was adopted in the subsequent modification agreement, covered the issue of repurchase involved in this case. Consequently, Special Term's determination was proper. Hopkins, Acting P. J., Latham, Christ, Titone and Hawkins, JJ., concur.